# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, et al, <br><br> Plaintiff, <br><br> v. <br><br> TACOMA THERAPY, INC., et al. <br><br> Defendants. | **JUDGMENT** <br><br> CASE NUMBER: C13-5214-RBL |

XX   **Decision by Court**. This action came before the Court for a bench trial. The issues have been tried and following the entry of the Findings of Fact and Conclusions of Law.

THE COURT HAS ORDERED THAT

The Court awards actual damages to Allstate in the amount of $150,000 , trebled under RICO to $450,000. Further, the Court will award the reasonable attorney fees and costs as reflected in the submittal to be provided by counsel no later than September 12, 2016 and after Mr. Jacobs has an opportunity to respond to the fee application by September 23, 2016

DATED this  6th day of  September, 2016

s/William M. McCool
William M. McCool, Clerk

_____
Jean Boring, Deputy Clerk